UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Love, Lonetta Marie   xxx-xx-5627 ) | |
| 728 Ben Court ) | Case No. 17-10796 C-13G |
| Graham, NC 27253 ) | |
| ) | |
| Debtor. ) | |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN
AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN**

NOW COMES, Anita Jo Kinlaw Troxler, Trustee in the above-referenced plan and recommends that the plan proposed by the above-referenced Debtor be denied confirmation, and in support of the recommendation shows unto the Court as follows:

1. The Debtor proposes a plan payment of $600.00 per month effective August 13, 2017, increasing to $670.00 per month effective November 2017.

2. The Trustee is informed and believes based on a change in the Debtor's employment post-petition that the Debtor no longer has income sufficient to support the Debtor's expenses and plan payment.

3. The Debtor's plan is not feasible due to the reduction in the Debtor's income and does not meet the confirmation requirements of 11 U.S.C. §1325(a)(6).

WHEREFORE, the Trustee recommends that the Court deny confirmation of the plan.

Date:  October 20, 2017                         s/Anita Jo Kinlaw Troxler
                                                Standing Trustee
                                                P.O. Box 1720
                                                Greensboro, NC 27402-1720
                                                (336) 378-9164

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Love, Lonetta Marie   xxx-xx-5627 ) | |
| 728 Ben Court ) | Case No. 17-10796 C-13G |
| Graham, NC 27253 ) | |
| ) | |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

    THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN** by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

LONETTA MARIE LOVE
728 BEN COURT
GRAHAM NC 27253

PHILLIP E BOLTON ESQ
BOLTON LAW GROUP PA
622 C GUILFORD COLLEGE RD
GREENSBORO NC 27409

Date:   October 20, 2017                        s/ Pearleen Wimbush
                                                       Chapter 13 Office
                                                       Greensboro, North Carolina